# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI
**City:** Methuen
**County:** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 25-mj-08429-PGL
Search Warrant Case Number: 25-MJ-8421, 8422, 8425 to 8428-PGL
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name:** JOSE VASQUEZ LANTIGUA   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
**Alias Name:** _____
**Address:** Methuen MA
**Birth date (Yr only):** 1978   **SSN (last 4#):** 7243   **Sex:** M   **Race:** Hispanic   **Nationality:** _____
**Defense Counsel if known:** Brad Keene, Esq.   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Philip A. Mallard   **Bar Number if applicable:** 679138
**Interpreter:** ☑ Yes  ☐ No   **List language and/or dialect:** Spanish
**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No
**Matter to be SEALED:** ☐ Yes  ☑ No
☐ Warrant Requested   ☑ Regular Process   ☑ In Custody
**Location Status:** custody
**Arrest Date:** 8/28/2025
☑ Already in Federal Custody as of 10/9/2025 in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/5/2025   **Signature of AUSA:** *Philip Mallard*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE VASQUEZ LANTIGUA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Manufacture, Distribute, and Posess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | 21 USC § 841(a)(1) | Manufacture of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute or Manufacture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

# Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Methuen    **Related Case Information:**
**County** Essex    Superseding Ind./ Inf. _____    Case No. _____
                     Same Defendant _____    New Defendant _____
                     Magistrate Judge Case Number   25-mj-08429-PGL
                     Search Warrant Case Number    25-MJ-8421, 8422, 8425 to 8428-PGL
                     R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Name**  MANUEL SANTANA-SOTO    **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** Methuen MA

**Birth date (Yr only):** 1990    **SSN (last 4#):** 3259    **Sex:** M    **Race:** Hispanic    **Nationality:** _____

**Defense Counsel if known:** Eduardo Masferrer, Esq.    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Philip A. Mallard    **Bar Number if applicable:** 679138

**Interpreter:** ☑ Yes  ☐ No    **List language and/or dialect:** Spanish

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested    ☑ Regular Process    ☑ In Custody

**Location Status:** custody

**Arrest Date:** 8/28//2025

☑ Already in Federal Custody as of  10/9/2025  in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/5/2025    **Signature of AUSA:** *Philip Mallard*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MANUEL SANTANA-SOTO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Manufacture, Distribute, and Posess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | 21 USC § 841(a)(1) | Manufacture of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute or Manufacture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**